# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

June 30, 2025

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is **GRANTED.** SO ORDERED.
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> July 1, 2025

Re:  *Smith v. Commissioner of Social Security*
     Civil Action No. 1:25-cv-00072-JW

Dear Judge Willis,

   We write on behalf of plaintiff, Cordel Stephen Smith, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings per the Court's January 10, 2025 Scheduling Order. Plaintiff's motion is due on July 5, 2025. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently have overlapping Social Security brief deadlines in the upcoming weeks.

   After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

   a. Defendant served the Administrative Transcript via hard copy on **April 7, 2025** and filed same on **June 5, 2025**;

   b. Plaintiff served the written settlement proposal on **May 15, 2025**;

   c. The parties filed a joint letter advising the Court that they were unable to resolve the case on **June 4, 2025**;

   d. Plaintiff to file his motion for judgment on the pleadings on or before **September 3, 2025**;

Honorable Jennifer E. Willis
June 30, 2025
Page Two

      e.   Defendant to file its response/cross-motion on or before **November 3, 2025**; and

      f.   Plaintiff to file his reply (if any) on or before **November 17, 2025.**

Thank you for your consideration of this request.

          Respectfully submitted,

          s/Daniel A. Osborn
          Daniel A. Osborn
          OSBORN LAW, P.C.
          43 West 43rd Street, Suite 131
          New York, New York 10036
          Telephone:   212-725-9800
          Facsimile:    212-500-5115
          dosborn@osbornlawpc.com

cc: Kristina Cohn, Esq. (by ECF)