**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 CORDEL SMITH,

                          Plaintiff,                          25 **CIVIL** 72

        -v-                                            **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 12, 2026, this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision.

**Dated:**  New York, New York

        February 17, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**


                        **BY:**        K. mango
                                        _____
                                            **Deputy Clerk**